**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
       W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al., <br><br> Plaintiffs, <br> v. <br><br> TRISTATE DEMOLITION LIMITED LIABILITY COMPANY AND MARC MARSI; <br><br> Defendants. | Case No: 2:21-cv-06435-BRM-ESK <br><br> *Civil Action* <br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this  19th  day of  August  20 21 ;

**ORDERED AND ADJUDGED** that the Plaintiffs recover of Defendants Tristate Demolition Limited Liability Company and Marc Marsi the sum of **$4,941.83** which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon.

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain

active jurisdiction over the enforcement and continued litigation of this matter.

**ECF No. 9 GRANTED.**

*[signature]*

Brian R. Martinotti, U.S.D.J.